56 So.2d 363

**Mrs. John A. THOMPSON v. Gwendolyn CURRY.**

4 Div. 194.

Court of Appeals of Alabama.
Nov. 27, 1951.

Rehearing Denied Dec. 18, 1951.

Lewis & Lewis, Dothan, for appellant.

L. A. Farmer, Dothan, for appellee.

CARR, Presiding Judge.

Reversed and remanded on authority of Thompson v. Curry, ante, p. 334, 56 So.2d 359.

Certiorari denied 256 Ala. 564, 56 So.2d 363.